## ROBERT J. BARNABEI CONTRACTING, LLC *v.* GREATER HARTFORD JEWISH COMMUNITY CENTER, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 127 Conn. App. 507 (AC 31679), is denied.

HARPER, J., did not participate in the consideration of or decision on this petition.